UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CRIMINAL ACTION NO. 5:17-CR-60-KKC-CJS-1

UNITED STATES, PLAINTIFF,

v. **ORDER**

MICHAEL D. JACKSON, DEFENDANT.

\*\*\*\* \*\*\*\* \*\*\*\* \*\*\*\*

This matter is before the Court on the defendant Michael D. Jackson's motion to vacate, set aside, or correct his sentence (DE 114) under 28 U.S.C. § 2255 and the magistrate judge's recommendation that the motion be denied (DE 195).

The defendant pleaded guilty to three charges: conspiracy to possess with the intent to distribute 40 grams of a mixture or substance containing fentanyl, more than 28 grams of cocaine base, and more than 500 grams of a mixture or substance containing cocaine, in violation of 21 U.S.C. § 846; possession of firearms by a convicted felon in violation of 18 U.S.C. § 922(g)(1); and possession of firearms in furtherance of a drug trafficking crime in violation of 18 U.S.C. § 924(c)(1). (DE 92, Judgment). The Court sentenced the defendant to 240 months to be served concurrently for the conspiracy to possess with the intent to distribute charge and the felon in possession of a firearm charge; and 60 months to be served consecutively to the other two counts for the possession of a firearm in furtherance of a drug trafficking crime, for a total term of 300 months.

The magistrate judge has entered a recommendation that the defendant's current petition be denied. Jackson has not filed any objections to the recommendation. Further, the Court has reviewed the recommendation and agrees with its analysis.

Accordingly, the Court hereby ORDERS as follows:

1) the Report and Recommendation (DE 195) is ADOPTED as the Court's opinion;

2) Jackson's motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 (DE 114) is DENIED;

3) a certificate of appealability will not be issued, Jackson having failed to make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); and

4) a judgment consistent with this order and the Report and Recommendation will be entered.

This 7th day of September, 2023.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY